UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------

|                          |   |                        |
|--------------------------|---|------------------------|
| CHARDON J. BLACK,        | : | CASE NO. 1:17-CV-1751  |
|                          | : |                        |
| Petitioner,              | : |                        |
| v.                       | : | OPINION & ORDER        |
|                          | : | [Resolving Docs.1, 9]  |
| WARDEN BRIGHAM SLOAN,    | : |                        |
|                          | : |                        |
| Respondent.              | : |                        |
|                          | : |                        |

------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On August 21, 2017, Petitioner Chardon Black filed a habeas corpus petition under 28 U.S.C. § 2254.[1] On May 24, 2018, Magistrate Judge Kathleen B. Burke recommended that the Court dismiss in part and deny in part Petitioner Black's petition.[2] Magistrate Judge Burke found that (1) Petitioner had withdrawn six of his grounds for relief; (2) the seventh ground failed on the merits; and (3) the eighth ground was not cognizable.[3]

Objections to Magistrate Judge Burke's Report and Recommendation (R&R) were due by June 7, 2018. Petitioner Black has not filed objections to the R&R.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[4] Absent objection, a district court may adopt the R&R without review.[5] Because no party has objected to the R&R, this Court may adopt the R&R without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with the conclusions in the R&R.

---

[1] Doc. 1. Respondent opposed. Doc. 14. Petitioner replied. Doc. 15.
[2] Doc. 17.
[3] *Id.*
[4] 8 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Case No. 1:17cv1751
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's R&R and incorporates it fully herein by reference. The Court **DISMISSES IN PART AND DENIES IN PART** Petitioner's habeas petition.[6] Furthermore, no basis exists upon which to issue a certificate of appealability.[7]

IT IS SO ORDERED.

Dated: June 25, 2018

s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

---

[6] The Court also **DISMISSES AS MOOT** Petitioner's motion that the Court review certain exhibits prior to ruling on Petitioner's objection to bail denial.
[7] 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).